IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**DUSTIN BRAWLEY**                                                                                     **PLAINTIFF**

**V.**                          **CASE NO. 3:16-CV-108-BRW-BD**

**JERRY LUNG**                                                                           **DEFENDANT**

## ORDER

The Court has reviewed Mr. Brawley's complaint. Based on the allegations raised, the Court concludes that this case should be re-classified on the docket sheet. The Clerk of Court is directed to change the docket sheet to indicate that this case is a 550 Prison Condition: Civil Rights, rather than a 555 Prison Condition: Civil Rights.

IT IS SO ORDERED, this 21st day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE