# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DUSTIN BRAWLEY                                                        PLAINTIFF

v.                              No. 3:16-cv-108-DPM

JERRY LUNG, Marked Tree Chief of Police                               DEFENDANT

## ORDER

Brawley hasn't filed a status report about his state case; and the time to do so has passed. № 19. He's had some mail problems. № 21 & 22. But the Clerk re-mailed the 10 April 2017 Order to Brawley's updated address; and there's no indication it's been returned. Brawley's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal of this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 May 2017