# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DUSTIN BRAWLEY                                                                    PLAINTIFF

v.                              No. 3:16-cv-108-DPM

JERRY LUNG, Marked Tree Chief of Police                                           DEFENDANT

## JUDGMENT

Brawley's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 May 2017